UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Eric Wickberg

    Plaintiff

    v.                                   CIVIL ACTION NO. 1:18-12094-RGS

Lyft, Inc.

    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

In accordance with the court's Electronic Order [Dkt # 37] issued on April 19, 2020;

It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (30) days if settlement is not consummated.

                                                                     By the court,

Dated: April 20, 2020                                    /s/ Arnold Pacho
                                                                    Deputy Clerk